## 15851.  CITIZENS BANK *v.* MULLIS.

JENKINS, P. J.  Under the agreed statement of facts, and the law governing the same as announced by the Supreme Court in answer to questions certified to in this case, the court erred in rendering judgment in favor of the defendant. See 161 *Ga.* 371 (131 S. E. 44).

*Judgment reversed. Stephens and Bell, JJ., concur.*

DECIDED FEBRUARY 13, 1926.

Trover; from Bleckley superior court—Judge Graham. July 25, 1924.

The question certified to the Supreme Court was:

"Can a creditor holding a bill of sale to secure a debt maintain a bail-trover suit and obtain a money judgment against the vendor as against a plea of discharge in bankruptcy, where the debtor, after being adjudged a voluntary bankrupt, has scheduled the debt secured by the bill of sale, and, without occupying any fiduciary relation to the creditor and in the absence of any fraud or malice, other than might be legally implied from the facts stated herein, has delivered the property over to the trustee in bankruptcy, who has administered the same, and where the debtor has been discharged from all provable debts, after the creditor as such has received from the bankrupt court all due and proper notices of the progress of the administration but has done no act which would estop him from asserting his title?"

*Lawson & Ware,* for plaintiff.